# EXHIBIT B

FILED
12/4/2025 12:36 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L014909
Calendar, Z
35627583

FILED DATE: 12/4/2025 12:36 PM  2025L014909

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| **LEVI HICKS** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| **FISCHER SCIENTIFIC COMPANY, LLC** | ) | |
| **168 Third Avenue** | ) | **Case No. TBD** |
| **Waltham MA 02451,** | ) | |
| | ) | **Please Serve:** |
| **MERCK & CO, INC.** | ) | **See Attached Service List** |
| **126 East Lincoln Avenue** | ) | |
| **Rahway, NJ 07065,** | ) | |
| | ) | |
| **SIGMA-ALDRICH, INC.** | ) | |
| **3050 Sprue Street** | ) | |
| **St. Louis, MO 63103,** | ) | |
| | | |
| **Defendants.** | | |

## SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy
of which is hereto attached, or
otherwise file your appearance and pay the required fee **within thirty (30) days after service of
this Summons**, not counting the day of service. To file your answer or appearance you
need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process.
Kiosks with internet access are available at all Clerk's Office locations.  Please refer to the last
page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief request
ed in the complaint.**
**To the Officer:**

This Summons must be returned by the officer or other person to whom it was given for service,
with endorsement of service and fees, if any, immediately after service.  If service cannot be
made, this Summons shall be returned so endorsed. This Summons may not be served later than
thirty (30) days after its date.

**E-filing is now mandatory for documents in civil cases with limited exemptions.  To e-file,
you must first create an account with an e-filing service provider.  Visit
https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service
provider.  If you need additional help or have trouble e-filing, visit
http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

Michael J. Lubeck
**COONEY & CONWAY, LLP**
Firm No. 90200
*Attorneys for Plaintiff* | Local Counsel
120 N LaSalle Street, 30th Floor
(312) 236-6166
mlubeck@cooneyconway.com

DATE OF SERVICE: 12/4/2025

WITNESS,

MARIYANA T. SPYROPOULOS, Clerk of the Court

12/4/2025 12:36 PM Mariyana T. Spyropoulos

*(To be inserted by officer on copy left with defendant or other person)

**CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATION:**
Richard J Daley Center – Hours: 8:30 am - 4:30 pm
50 W Washington, Chicago, IL 60602

FILED DATE: 12/4/2025 12:36 PM    2025L014909

SERVICE LIST

Fischer Scientific Company, LLC
168 Third Avenue
Waltham, MA 02351
*Defendant*

Merck & Co, Inc.
126 East Lincoln Avenue
Rahway, NJ 07065
*Defendant*

Sigma-Aldrich, Inc.
3050 Spruce Street
St. Louis, MO 63103
*Defendant*

FILED DATE: 12/4/2025 12:36 PM   2025L014909

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, Z

FILED
12/8/2025 10:02 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L014909
Calendar, Z
35666077

FILED DATE: 12/8/2025 10:02 AM  2025L014909

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| **LEVI HICKS** | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| **FISHER SCIENTIFIC COMPANY, LLC** | ) |
| **168 Third Avenue** | )      **Case No. 25 L 14909** |
| **Waltham MA 02451,** | ) |
| | )      **Please Serve:** |
| **MERCK & CO, INC.** | )      **See Attached Service List** |
| **126 East Lincoln Avenue** | ) |
| **Rahway, NJ 07065,** | ) |
| | ) |
| **SIGMA-ALDRICH, INC.** | ) |
| **3050 Sprue Street** | ) |
| **St. Louis, MO 63103,** | ) |
| | |
| **Defendants.** | |

**AMMENDED SUMMONS**

**To each Defendant:**
YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or
otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations.  Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**
**To the Officer:**
This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service.  If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**E-filing is now mandatory for documents in civil cases with limited exemptions.  To e-file, you must first create an account with an e-filing service provider.  Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.  If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

1

FILED DATE: 12/8/2025 10:02 AM   2025L014909

Michael J. Lubeck
**COONEY & CONWAY, LLP**
Firm No. 90200
*Attorneys for Plaintiff* | Local Counsel
120 N LaSalle Street, 30th Floor
(312) 236-6166
mlubeck@cooneyconway.com

DATE OF SERVICE: 12/4/2025

WITNESS,

12/8/2025 10:02 AM Mariyana T. Spyropoulos

MARIYANA T. SPYROPOULOS, Clerk of the Court

*(To be inserted by officer on copy left with defendant or other person)

**CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATION:**
Richard J Daley Center – Hours: 8:30 am - 4:30 pm
50 W Washington, Chicago, IL 60602

FILED DATE: 12/8/2025 10:02 AM   2025L014909

SERVICE LIST

**Fisher Scientific Company, LLC**
168 Third Avenue
Waltham, MA 02351
*Defendant*
**Serve IL Registered Agent**:
Capitol Corporate Services Inc
1315 W Lawrence Avenue
Springfield, IL 62704


**Merck & Co, Inc.**
126 East Lincoln Avenue
Rahway, NJ 07065
*Defendant*
**Serve IL Registered Agent**:
C T Corporation System
208 S LaSalle Street, Suite 814
Chicago, IL 60604


**Sigma-Aldrich, Inc.**
3050 Spruce Street
St. Louis, MO 63103
*Defendant*
**Serve IL Registered Agent:**
Illinois Corporate Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

FILED DATE: 12/8/2025 1:04 PM   2025L014909

FILED
12/8/2025 1:04 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L014909
Calendar, Z
35672693

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| LEVI HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 25 L 14909 |
| | ) | |
| FISHER SCIENTIFIC COMPANY, LLC, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:  ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on **DECEMBER 8, 2025,** there will be filed with the Circuit Court of Cook County, Illinois, the following **VERIFIED STATEMENT OF OUT-OF-STATE ATTORNEY PURSUANT TO ILLINOIS SUPREME COURT RULE 707**, a copy of which is hereby served upon you.

Respectfully submitted,

FRANCESCA A. IANCOVANGELO
**LOCKS LAW FIRM**
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
(215) 893-0100 | *Attorney for Plaintiff*
fiacovangelo@lockslaw.com  |  paparalegals@lockslaw.com

**AND**

1

FILED DATE: 12/8/2025 1:04 PM   2025L014909

MICHAEL J. LUBECK
**COONEY & CONWAY, LLP**
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602
(312) 236-6166 | *Attorneys for Plaintiff*
Firm No. 90200
mlubeck@cooneyconway.com  |  jvivanco@cooneyconway.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to 735 ILCS 5/1-109, that the above notice and any attached pleadings were served upon counsel named below by electronic mail on the 8th day of December 2025.

                                        /s/Francesca A. Iacovangelo
                       Francesca A. Iacovangelo, One of Plaintiff's Attorneys

SERVICE LIST

FILED DATE: 12/8/2025 1:04 PM   2025L014909

Michael J. Lubeck
**COONEY & CONWAY, LLP**
120 N LaSalle Street, 30th Floor
Chicago, IL 60602
(312) 236-6166
mlubeck@cooneyconway.com
jvivanco@cooneyconway.com
*Attorney for Plaintiff | Local Counsel*

Andrew J. DuPont
Francesca A. Iacovangelo
Michel B. Leh
**LOCKS LAW FIRM**
601 Walnut Steet, Suite 720 East
Philadelphia, PA 19106
(215) 893-0100
adupont@lockslaw.com
fiacovangelo@lockslaw.com
mleh@lockslaw.clom
paparalegals@lockslaw.com
*Attorneys for Plaintiff*

**Fisher Scientific Company, LLC**
168 Third Avenue
Waltham, MA 02351
*Defendant*
**Serve IL Registered Agent**:
Capitol Corporate Services Inc
1315 W Lawrence Avenue
Springfield, IL 62704

**Merck & Co, Inc.**
126 East Lincoln Avenue
Rahway, NJ 07065
*Defendant*
**Serve IL Registered Agent**:
C T Corporation System
208 S LaSalle Street, Suite 814
Chicago, IL 60604

**Sigma-Aldrich, Inc.**
3050 Spruce Street
St. Louis, MO 63103
*Defendant*
**Serve IL Registered Agent:**
Illinois Corporate Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, Z

FILED
12/8/2025 1:04 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L014909
Calendar, Z
35672693

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| LEVI HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 25 L 14909 |
| | ) | |
| FISHER SCIENTIFIC COMPANY, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**VERIFIED STATEMENT OF OUT-OF-STATE ATTORNEY PURSUANT TO ILLINOIS**
**SUPREME COURT RULE 707**

I, Francesca A. Iacovangelo, submit this Verified Statement pursuant to Illinois Supreme Court Rule 707.

1. My full name is Francesca Ann Iacovangelo, and my date of birth is 03/20/1977. The office from which I practice law, and the associated email address and phone number are as follows:

**LOCKS LAW FIRM**
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
(215) 893-0100
fiacovangelo@lockslaw.com

2. I represent Plaintiff David Snyder in *Levi Hicks v. Fisher Scientific Company, LLC, et al.,* Case No. 2025 L 014909, in the Circuit Court of Cook County Illinois, County Department, Law Division.

3. (a) I have not filed any appearances for any proceedings in the State of Illinois this calendar year.

1

FILED DATE: 12/8/2025 1:04 PM   2025L014909

(b) I have not been previously assigned an attorney registration number by the Illinois ARDC.

4.  (a) Excluding federal courts, I am licensed to practice in the States of Florida, New Jersey, New York and Pennsylvania.

(b) I have attached Certificates of Good Standing from the Florida Bar, the Supreme Court of New Jersey, the Supreme Court of New York and the Supreme Court of Pennsylvania.

5.  I have no office or other presence in Illinois for the practice of law.

6.  I submit to the disciplinary authority of the Supreme Court of Illinois.

7.  I have undertaken to become familiar and to comply, as of admitted to practice in Illinois, with the rules of the Supreme Court of Illinois, including the Illinois Rules of Professional Conduct and the Supreme Court Rules on Admission and Discipline of Attorneys, and other Illinois Law and practices that pertain to the proceeding.

8.  The full name, business address and ARDC number of the attorney with whom I have associated with in the above captioned matter is:

MICHAEL J. LUBECK
**COONEY & CONWAY**
120 N LaSalle Street, 30th Floor
Chicago, IL 60602
(312) 236-6166 | mlubeck@cooneyconway.com
ARDC No. 6225500

9.  I certify that I have served this Statement upon the below named Counsel of Record by electronic mail and that these parties are all of the parties entitled to service under this rule.

FILED DATE: 12/8/2025 1:04 PM   2025L014909

Respectfully submitted,

FRANCESA A. IACOVANGELO
**LOCKS LAW FIRM**
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
(215) 893-0100 | *Attorney for Plaintiff*
fiacovangelo@lockslaw.com  |  paparalegals@lockslaw.com

&

MICHAEL J. LUBECK
**COONEY & CONWAY, LLP**
120 N LaSalle Street, 30th Floor
Chicago, IL 60602
(312) 236-6166 | *Attorney for Plaintiff*
Firm No. 90200
mlubeck@cooneyconway.com  |  jvivanco@cooneyconway.com

## VERIFICATION

I hereby attest to the accuracy and completeness of each of the above statements and certify that the attached Statement and verification were served upon all parties entitled to service pursuant to Illinois Supreme Court Rule 707 on the 8th day of December 2025.

_____/s/Francesca A. Iacovangelo_____
Francesca A. Iacovangelo, One of Plaintiff's Attorneys

3



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

FILED DATE: 12/8/2025 1:04 PM    2025L014909

State of Florida        )

County of Leon         )

In Re:   1045135
Francesca Ann Iacovangelo
Ms. Francesca Ann Iacovangelo
1214 S Clarion St
Philadelphia, PA 19147-4414

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **May 1, 2023**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  6th  day of **August, 2025**.



Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-361803

FILED DATE: 12/8/2025 1:04 PM   2025L014909

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **FRANCESCA ANN IACOVANGELO**
*(No.* **022782002** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 13, 2002** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 6th day of August, 2025.*

*Clerk of the Supreme Court*

FILED DATE: 12/8/2025 1:04 PM   2025L014909

*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

AD3.AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
*(518) 471-4778*

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022

FILED DATE: 12/8/2025 1:04 PM    2025L014909



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

---

*I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

## Francesca Ann Iacovangelo

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 24, 2003**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Albany on August 22, 2025.*

*Clerk of the Court*

*CertID-00247323*

FILED DATE: 12/8/2025 1:04 PM   2025L014909



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Francesca A. Iacovangelo, Esq.*

**DATE OF ADMISSION**

*November 26, 2002*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  June 23, 2025**

Nicole Traini
Chief Clerk

Date: 12/31/2025

CIRCUIT COURT OF COOK COUNTY
LAW DIV., RM 2003 DALEY CTR.
CHICAGO, IL. 60602

SIGMA-ALDRICH, INC.
3050 Sprue Street
St. Louis
MO - 63103
     Notice of In Person Case Management

CASE: 2025L014909 / LEVI  HICKS  -vs- FISHER SCIENTIFIC COMPANY, LLC ,MERCK & CO, INC. ,SIGMA-ALDRIC

All Law Division Motion Calendar Initial Case Management dates will be held In Person,
In-Person Court Date: Tuesday  February  03  2026  09:45 AM
Room Court Room 2204 Calendar Z

For all questions on the initial CMC date
email: LAW.CALZcc@cookcountyil.gov or phone: (312) 603-4646

Date: 12/31/2025

CIRCUIT COURT OF COOK COUNTY
LAW DIV., RM 2003 DALEY CTR.
CHICAGO, IL. 60602

MERCK & CO, INC.
126 East Lincoln Ave.
Rahway
NJ - 07065
  Notice of In Person Case Management

CASE: 2025L014909 / LEVI  HICKS  -vs- FISHER SCIENTIFIC COMPANY, LLC ,MERCK & CO, INC. ,SIGMA-ALDRIC

All Law Division Motion Calendar Initial Case Management dates will be held In Person,
In-Person Court Date: Tuesday  February  03  2026  09:45 AM
Room Court Room 2204 Calendar Z

For all questions on the initial CMC date
email: LAW.CALZcc@cookcountyil.gov or phone: (312) 603-4646

Date: 12/31/2025

CIRCUIT COURT OF COOK COUNTY
LAW DIV., RM 2003 DALEY CTR.
CHICAGO, IL. 60602

FISHER SCIENTIFIC COMPANY, LLC
168 Third Avenue
Waltham
MA - 02451
      Notice of In Person Case Management

CASE: 2025L014909 / LEVI  HICKS  -vs- FISHER SCIENTIFIC COMPANY, LLC ,MERCK & CO, INC. ,SIGMA-ALDRIC

All Law Division Motion Calendar Initial Case Management dates will be held In Person,
In-Person Court Date: Tuesday  February  03  2026  09:45 AM
Room Court Room 2204 Calendar Z

For all questions on the initial CMC date
email: LAW.CALZcc@cookcountyil.gov or phone: (312) 603-4646

Date: 12/31/2025

CIRCUIT COURT OF COOK COUNTY
LAW DIV. RM. 801, DALEY CENTER.
CHICAGO IL-60602

HICKS LEVI

-

LubeckMichael John
mlubeck@cooneyconway.com

Notice of In Person Case Management

CASE: 2025L014909 / LEVI HICKS -vs- FISHER SCIENTIFIC COMPANY, LLC ,MERCK & CO, INC. ,SIGMA-ALDRIC

All Law Division Motion Calendar Initial Case Management dates will be held In Person,
In-Person Court Date: Tuesday February 03 2026 09:45 AM
Room Court Room 2204 Calendar Z
For all questions on the initial CMC date,
email: LAW.CALZcc@cookcountyil.gov or phone: (312) 603-4646

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, Z

FILED
1/8/2026 3:38 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L014909
Calendar, Z
36091550

FILED DATE: 1/8/2026 3:38 PM  2025L014909

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| **LEVI HICKS** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| **FISHER SCIENTIFIC COMPANY, LLC** | ) | |
| **168 Third Avenue** | ) | **Case No. 25 L 14909** |
| **Waltham MA 02451,** | ) | |
| | ) | **Please Serve:** |
| **MERCK & CO, INC.** | ) | **See Attached Service List** |
| **126 East Lincoln Avenue** | ) | |
| **Rahway, NJ 07065,** | ) | |
| | ) | |
| **SIGMA-ALDRICH, INC.** | ) | |
| **3050 Sprue Street** | ) | |
| **St. Louis, MO 63103,** | ) | |
| | | |
| **Defendants.** | | |

## ALIAS  SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or
otherwise file your appearance and pay the required fee **within thirty (30) days after service of
 this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations.  Please refer to the last page of this document for location information.


**If you fail to do so, a judgment by default may be entered against you for the relief request
ed in the complaint.**
 **To the Officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service.  If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.


**E-filing is now mandatory for documents in civil cases with limited exemptions.  To e-file,
you must first create an account with an e-filing service provider.  Visit
https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service
provider.  If you need additional help or have trouble e-filing, visit
http://www.illinoiscourts.gov/FAQ/gethelp.asp.**


Michael J. Lubeck                              WITNESS,

FILED DATE: 1/8/2026 3:38 PM 2025L014909

**COONEY & CONWAY, LLP**
Firm No. 90200
*Attorneys for Plaintiff* | Local Counsel
120 N LaSalle Street, 30th Floor
(312) 236-6166
mlubeck@cooneyconway.com

DATE OF SERVICE: 12/4/2025

1/8/2026 3:38 PM Mariyana T. Spyropoulos

MARIYANA T. SPYROPOULOS, Clerk of
the Court

**\*(To be inserted by officer on copy left with defendant or other person)**

**CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATION:**
Richard J Daley Center – Hours: 8:30 am - 4:30 pm
50 W Washington, Chicago, IL 60602

**SERVICE LIST**

2

FILED DATE: 1/8/2026 3:38 PM   2025L014909

**Fisher Scientific Company, LLC**
168 Third Avenue
Waltham, MA 02351
*Defendant*
**Serve IL Registered Agent**:
Capitol Corporate Services Inc
1315 W Lawrence Avenue
Springfield, IL 62704


**Sigma-Aldrich, Inc.**
3050 Spruce Street
St. Louis, MO 63103
*Defendant*
**Serve IL Registered Agent:**
Illinois Corporate Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

Line 1

Hicks
**Plaintiff(s),**

-v-

Fischer
**Defendant(s).**

No: 25 L 14909

Calendar: 2

Filing Date: 12/4/25

*2005 Trial Setting: _____
(12 mos or 24 mos from filing date)

*2005 Trial Date: _____

## CASE MANAGEMENT ORDER
### (Circle All Applicable Paragraph Numbers)
### (Parties Must be Identified in All Paragraphs Selected)

1. (4231) HIPAA Order, treater list, written fact, 213(f)(1), (f)(2), 214 discovery issued by: 2/17/2a

2. (4296) Written fact, 213(f)(1), (f)(2), 214 discovery completed by 3/5/26

3. (4218) Party depositions, fact, 213(f)(1) depositions completed by: _____

4. (4288) 213(f)(2) subpoenas issued by (P) (D) (Other) by 2/24/26

5. (4218) 213(f)(2) depositions completed by _____

6. (4231) Dispositive motions filed by (P) (D) (Other) by _____

7. (4296) 215 and 216 discovery completed by _____

8. (4231) Parties issue 213 f(3) interrogatories by: _____

9. (4206) Plaintiff(s)/Defendant(s)/Add'l Party(ies) answer 213(f)(3) _____

10. (4218) Plaintiff(s)/Defendant(s)/Add'l Party(ies) 213(f)(3) depositions completed by _____

*All discovery shall be completed no later than 60 days before trial (Rule 218).*

11. (4619) The case is continued for CMC on 4/1/26 at 9:30 in Room 2204 for:
    □ Service   □ Pleadings   □ Discovery   □ Settlement   □ Atty Appearance   □ Other

Plaintiff to provide list of damages at next CMC

---

ENTERED
Judge Stephanie Saltouros 2161

FEB 03 2026

MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY

---

*** COPIES OF ALL CMC ORDERS ARE REQUIRED ON ALL CMC COURT DATES ***

Failure to comply with this order shall be a basis for sanctions under Rule 219(c).
Failure to enforce this order shall constitute a forfeiture of such discovery by that party.

Name: Cooney and Conway
Address: 120 N. LaSalle
City/State: Chicago / IL
Telephone: 312-236-6166
E-mail: mlubeck@cooneyconway.com
Atty. For: Plaintiff
Atty. No. 90200

ENTERED:

Stephanie D. Saltouros

JUDGE